UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Estate of Martie Clark, et al. | : | Case No.: 1:15-CV-00512-MRB |
| Plaintiffs, | : | |
| | : | Judge Barrett |
| Vs. | : | |
| Hamilton County, et al., | : | **NOTICE OF FILING OF** |
| | : | **DEPOSITION TRANSCRIPTS** |
| Defendants. | : | |

Please take notice that the NaphCare Defendants are hereby filing the following deposition transcripts:

    Deputy Alisha Weiss taken on August 30, 2017

    Curtis Everson, M.D. taken on August 30, 2017

    Thomas Fowlkes, M.D. taken on January 29, 2018

    William Santoro, M.D. taken on February 9, 2018

    Sheriff James Carlton Neil, Jr. taken on July 13, 2017

    Sheriff James Carlton Neil, Jr. taken on August 29, 2017

    Major William Rarrick taken on May 19, 2017

    Nathaniel A. Fornash taken on June 8, 2017

    Nathaniel Kroeger taken on May 18, 2017

    Jacqueline Henke, RN taken on August 29, 2017

    Robert Von Hoene taken on May 18, 2017

Valerie Siekman, LPN taken on January 29, 2018

I certify that the written deposition transcripts being filed herein are a true record of the depositions that were certified by the officer who took the depositions and that testimony has not been altered in any way.

Respectfully submitted,
REMINGER CO., L.P.A.

*/s/ Carrie M. Starts*_____
Robert W. Hojnoski (0070062)
Carrie M. Starts (0083922)
525 Vine Street, Suite 1700
Cincinnati, Ohio 45202
T: 513/721-1311; F: 513-721-2553
E-mail: rhojnoski@reminger.com;
cstarts@reminger.com
**Counsel for NaphCare Defendants**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of August 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing to all counsel of record.

      */s/ Carrie M. Starts*_____
      Carrie M. Starts (0083922)